Fanny Ray et al *v.* Ray, Admr. et al.

Commissioner's Report—Judgment of Court—Appeal and Error.
Where a commissioner finds against a defendant, contrary to the rules given by the trial judge in referring matters to the commissioner for an equalization among heirs, such part of the commissioner's report as is violative of the judgment of the presiding judge, will be set aside by the appellate court, on the face of the pleadings.

APPEAL FROM GARRARD CIRCUIT COURT.

January 13, 1868.

Opinion of the Court by Judge Williams:

In the judgment rendered August 31, 1865, the Circuit Court, among other directions to the commissioner as to the manner of dividing the land among the heirs so as to equalize them, says that it is *"of opinion that Zach. Ray shall not be charged with rents for 1864 and 1865,"* yet as the commissioner to whom had been

referred the question of advancements had found and reported as to Zach. for negroes, horse, furniture, etc., $1,030; rent for 1864, $200, and for 1865, $125, making $1,355, the subsequent commissioners appointed to equalize the heirs and divide the land, took the report of the former commissioner without observing the direction of the court, hence the error; as there is no appeal from the judgment of the court disallowing the rents for 1864 and 1865, we now think that these rents should be disallowed in toto, and that the land should be assigned appellants on the basis of an advancement of $1,030 to Zach. Ray, instead of $1,355; and the opinion of the court is so modified as to direct another allotment of the land to appellants on the basis of an advancement to Zach. Ray by his father of $1,030, and that what may be coming to him over this sum in land be assigned to appellants, observing the directions of the Circuit Court that the personal estate is not to be included in this division, save that small sums may be used to equalize the different allotments of the land.

*Bradley,* for appellant.

*Dunlap & Anderson,* for appellee.